Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

Leon Greenberg, NSB 8094
A Professional Corporation
633 South 4th Street - Suite 9
Las Vegas, Nevada 89101
Telephone (702) 383-6085
Facsimile (702) 385-1827

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

---

| | |
|---|---|
| DANIEL REYES, RODOLFO CORTES, ARMANDO LEALS PEREZ, APOLINER JUAREZ ALBINO, and JOEL MONGE, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COVER-ALL INC., THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC., <br><br> Defendants. | Docket: CV-S-07-0148-RCJ(PAL) <br><br> JOINT MOTION TO STAY CASE FOR THIRTY DAYS TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND TO CANCEL STATUS CONFERENCE FOR JULY 27, 2010 |

---

The parties to this action, through their respective counsel, hereby submit this Joint Motion to Stay this Case for Thirty Days for the Submission of a Motion for Preliminary Approval of their Proposed Class Action Settlement and to

1

Cancel the Status Conference Scheduled for July 27, 2010 at 9:15 a.m. with Magistrate Judge Peggy A. Leen.

    The parties present this motion to advise the Court that there should be no further delay in moving forward with their proposed class action settlement.  Today defendants provided to plaintiffs' counsel a duly signed copy of their agreed upon Stipulation of Settlement.  Plaintiffs' counsel has reviewed the same and is in agreement with all of its terms and has been advised by his clients that they will execute the same, such signing to be completed today or within the next few days.

    In light of the foregoing developments, the parties are ready to proceed with their proposed class action settlement and the stay of this case is requested for 30 days solely to allow the parties to present a motion to the Court granting preliminary approval of such settlement pursuant to the terms set forth in their now executed and being executed stipulation of settlement.  For that same reason it is requested that the

///
///
///
///
///
///
///
///

1  status conference scheduled for July 27, 2010 be cancelled.

2  Dated: July 23, 2010

4  LEON GREENBERG PROFESSIONAL CORP.

6  By: /s/ *Leon Greenberg*
7  Leon Greenberg, Esq.
   NV Bar No: 8094
8  633 S. 4th Street, Ste. 4
   Las Vegas, NV 89101
9  (702)-383-6085
   Attorney for Plaintiffs

Payne & Fears LLP

/s/
Gregory H. King
Thayne A. Larson
300 S. Fourth Street,
Suite 500
Las Vegas, NV 89101
Telephone: (702) 382-3574

-and-

Lynne Hermle
Orrick, Herrington & Sutcliffe
1020 Marsh Road
Menlo Park, CA 94025
(650) 614-7422

Attorneys for Defendants Home Depot

16  DATE: July 26, 2010

18  IT IS SO ORDERED

20  _____
    MAGISTRATE JUDGE PEGGY A. LEEN