# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL REYES, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:07-cv-00148-RCJ-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| COVER-ALL, INC., et al., ) | (Mtn to Withdraw - Dkt. #196) |
| ) | |
| Defendants. ) | |

This matter is before the court on Plaintiff's Counsel's Motion to be Relieved as Counsel (Dkt. #196) filed October 14, 2010. Leon Greenberg and Mark Thierman seek to withdraw as counsel of record for Plaintiffs Armando Leals Perez, Apoliner Juarez Albino, and Joel Monge, except to the extent that these Plaintiffs are members of the proposed settlement class to be certified in this matter pursuant to the parties' proposed class settlement. The Motion represents Plaintiffs Perez, Albino, and Monge have ceased communication with counsel, and counsel have no current addresses or phone numbers for these Plaintiffs. Counsel has made diligent efforts to attempt to locate Plaintiffs to no avail. Counsel believes that these Plaintiffs are members of the putative settlement class, and they will continue to represent them as members of the class. Counsel seeks to withdraw from representation of Plaintiffs with respect to any individual or other claim they may possess. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The Complaint (Dkt. #1) was filed on February 6, 2007.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to be Relieved as Counsel of Record (Dkt. #196) is GRANTED.

/ / /

2. Plaintiffs shall have until **November 19, 2010** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that they will be proceeding *pro se, i.e.,* representing themselves.

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Plaintiffs at:

Armando Leals Perez
589 Sierra Vista Drive
Apt. 18
Las Vegas, NV 89169

Apoliner Juarez Albino
1650 N. Pecos Rd.
Apt. 2019
Las Vegas, NV 89119

Joel Monge
1550 Harmon Ave.
Apt. 420
Las Vegas, NV 89119

Dated this 25th day of October, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE