```
Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

Leon Greenberg, NSB 8094
A Professional Corporation
2965 S. Jones Blvd., - Suite E-4
Las Vegas, Nevada 89146
Telephone (702) 383-6085
Facsimile (702) 385-1827

Attorneys for Plaintiffs
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| -------------------------------X | Docket: CV-S-07-0148-RCJ(PAL) |
| DANIEL REYES, RODOLFO CORTES, ARMANDO LEALS PEREZ, APOLINER JUAREZ ALBINO, and JOEL MONGE, Individually and on behalf of all others similarly situated, | JOINT MOTION TO CANCEL STATUS CONFERENCE SCHEDULED FOR APRIL 19, 2012 DUE TO SETTLEMENT OF CASE |
| Plaintiffs, | |
| v. | |
| COVER-ALL INC., THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC., | |
| Defendants. | |
| -------------------------------X | |

The parties to this action, through their respective counsel, hereby submit this Joint Motion to Cancel the Status Conference Scheduled for April 19, 2012 at 9:00 a.m. with Judge Robert C. Jones.

The parties present this motion to advise the Court that they have reached a full settlement of this matter.  After the Court declined to approve Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement on March 11,

1

1  2011, the parties proceeded to settle this matter privately
2  and on an individual basis.  The parties have invited those
3  individuals who filed a timely consent to join in this Action
4  pursuant to 29 U.S.C § 216(b) of the Fair Labor Standards Act
5  to participate in the settlement, in exchange for a full
6  release.  The deadline for submission of those claim forms is
7  May 14, 2012.  As soon as reasonably possible after that
8  date, the parties will submit to this Court a Stipulation and
9  Order of Settlement and Dismissal of this Case with
10 Prejudice.

12     In light of the foregoing developments, it is requested
13 that the status conference scheduled for April 19, 2012 be
14 cancelled and RESCHEDULED to Thursday, May 24, 2012 @ 09:00AM.  IT IS FURTHER ORDERED that if the Stipulation and Order of Settlement are filed prior to May 24, 2012 this status conference shall VACATE. IT IS SO ORDERED.

   DATED this 4th day of April, 2012.

   _____
   ROBERT C. JONES
   Chief Judge

2