Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

Leon Greenberg, NSB 8094
A Professional Corporation
633 South 4th Street - Suite 9
Las Vegas, Nevada 89101
Telephone (702) 383-6085
Facsimile (702) 385-1827

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

------------------------------X     Docket: 2:07-cv-0148-RCJ(PAL)
DANIEL REYES and RODOLFO CORTES
Individually and on behalf of all
others similarly situated,
                                    PLAINTIFF'S EMERGENCY
            Plaintiffs,             MOTION TO STAY ISSUANCE
                                    OF ORDER OF DISMISSAL
v.                                  AS DIRECTED BY DOCKET #222

COVER-ALL INC., THE HOME DEPOT, INC.
and HOME DEPOT U.S.A., INC.,

            Defendants.
------------------------------X

    Plaintiff hereby submits this emergency motion to stay issuance of an Order of Dismissal as Directed by Docket #222.  This motion is based upon the following declaration of plaintiff's counsel.

DECLARATION OF COUNSEL

    Leon Greenberg, an attorney licensed to practice law in the State of Nevada and duly admitted to the bar of this Court, hereby declares, under penalty of perjury, that:

    1.  Today this Court had a status conference scheduled in this case.  There was no appearance by counsel for any party and the Court entered a notation on its minutes that a written order shall be issued dismissing this case.  Docket #222.

    2.  The failure of counsel to appear at the status conference,

1

1  or otherwise advise the Court of the relevant status of this matter,
2  was due to an oversight and not willful neglect.  I apologize to the
3  Court, on behalf of all counsel, for that oversight.  I accept full
4  responsibility for the same, as I am ultimately responsible for my
5  staff's failure to place this matter on my office's calendar for
6  proper attention.

7      3.  The parties have concluded their private settlement of this
8  matter, involving all claims and all parties, and have prepared a
9  stipulation of dismissal with prejudice and Order for the Court's
10 signature and entry.  I have been awaiting, for the last one week,
11 authorization from defendants' counsel to file the same.  I have
12 been advised that the form of such Order has been approved by
13 defendants, but I have not gotten clear authority from defendants'
14 counsel to file the same, and as a result I have not done so.

15     4.  In light of the foregoing circumstances, I am most
16 respectfully requesting that the Court defer entering any written
17 order of dismissal for one week, until May 31, 2012, by which date I
18 am confident the parties will submit their stipulation and Order for
19 dismissal to the Court.

20     I have read the foregoing and affirm the same is true under
21 penalty of perjury.

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
Chief Judge
Dated:  June 1, 2012